| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 03, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JOSE VILLALOBOS,<br><br>   Defendant. | Case No.  2:21-mj-138-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  __JOSE VILLABLOBOS__ ,

Case No. __2:21-mj-138-CKD__  Charge __21 USC § 841(a)(1) and 841(b)(1)(A)(viiii)__ ,

from custody for the following reasons:

    _____    Release on Personal Recognizance

    __X__    Bail Posted in the Sum of $ _____

        __X__    Unsecured Appearance Bond $   25,000.00

        _____    Appearance Bond with 10% Deposit

        _____    Appearance Bond with Surety

        _____    Corporate Surety Bail Bond

        _____    (Other):

Issued at Sacramento, California on September 03, 2021 at _2:14 pm_____

                By:    /s/ Carolyn K. Delaney

                Magistrate Judge Carolyn K. Delaney